**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 9/28/2026

☒Pro Se ☐Retained ☐CJA ☐FPD ☐USA or other Federal Agency (Appeal Fee Exempt)

Case No: 26-cv-03724-RM

Date Filed: 09/28/2026

Appellant: Edward Hoid

☐Amended Notice of Appeal
☐Other pending appeals
☐Transferred Successive §2254 or §2255
☐Supplemental Record

Pro Se Appellant:
☐IFP forms mailed/given ☐Motion IFP pending ☐IFP denied ☐Appeal fee paid ☒Appeal fee not paid

Retained Counsel:
☐Appeal fee paid ☐Appeal fee not paid ☐Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by: s/A.G. Ryan
Deputy Clerk

cc: Clerk of the Court, Tenth Circuit Court of Appeals

APPEAL,JD1,NP ProSe,PS2,TERMED

# U.S. District Court − District of Colorado
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:26−cv−03724−RTG

Hoid (PS) v. Malterud et al
Assigned to: Magistrate Judge Richard T. Gurley
Demand: $35,049,826,000
Cause: 42:1983 Civil Rights Act

Date Filed: 08/14/2026
Date Terminated: 09/21/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Edward Hoid**

represented by **Edward Hoid**
1030 31st Avenue
Greeley, CO 80634
970−692−6916
PRO SE

V.

**Defendant**

**Jason Malterud**
*Detective, Longmont Police Department*

**Defendant**

**Jeff Satur**
*Deputy Chief, Longmont Police Department*

**Defendant**

**Joshua Burke**
*Detective, Longmont Police Department*

**Defendant**

**Rachael Sloan−Stoggsdill**
*Records Manager, Longmont Police Department*

**Defendant**

**Zach Ardis**
*Public Information Officer, Longmont Police Department*

**Defendant**

**Jon High**
*Detective, Longmont Police Department*

**Defendant**

**Stanley Jerido**
*Parole Officer, Colorado Department of Corrections (CDOC)*

**Defendant**

**Andre Stancil**
*Executive Director, Colorado Department of Corrections (CDOC)*

**Defendant**

**Ryan Day**
*Deputy District Attorney, 20th Judicial District*

**Defendant**

**Michael Dougherty**
*District Attorney, 20th Judicial District*

**Defendant**

**Nancy Salamone**
*Magistrate/Judge, 20th Judicial District*

**Defendant**

**Ingrid Bakke**
*Chief Judge, 20th Judicial District*

**Defendant**

**Bruce Langer**
*Judge, 20th Judicial District*

**Defendant**

**Phillip Brimmer**
*Judge, U.S. District Court*

**Defendant**

**Nicole Collins**
*Public Defender, Colorado State Public Defender*

**Defendant**

**Megan Ring**
*State Public Defender, Colorado State Public Defender*

**Defendant**

**Benjamin Collett**
*Public Defender, Colorado State Public Defender*

**Defendant**

**Ryan Dawson−Erdman**
*Public Defender, Colorado State Public Defender*

**Defendant**

**Judge Hawthorne**
*Judge, Colorado Court of Appeals*

**Defendant**

**Monica Mrquez**
*Chief Justice, Colorado Supreme Court*

**Defendant**

**Judge Fox**
*Judge, Colorado Court of Appeals*

**Defendant**

**Judge Lum**
*Judge, Colorado Court of Appeals*

**Defendant**

**Judge Johnson**
*Judge, Colorado Court of Appeals*

**Defendant**

**Judge Lipinsky**
*Judge, Colorado Court of Appeals*

**Defendant**

**Judge Moultrie**
*Judge, Colorado Court of Appeals*

**Defendant**

**Ashley Kissinger**
*Partner, Ballard Spahr LLP*

**Defendant**

**Kennison Lay**
*Attorney, Ballard Spahr LLP*

**Defendant**

**Sherri Clark**
*Paralegal, Ballard Spahr LLP*

**Defendant**

**Peter Michaud**
*Chair, Ballard Spahr LLP*

**Defendant**

**Ballard Spahr LLP**
*Law Firm Entity*

**Defendant**

**Ken Lee**
*Administrator, Front Range Community College (FRCC)*

**Defendant**

**Colleen Simpson**
*President, Front Range Community College (FRCC)*

**Defendant**

**Christopher Wray**
*Director, Federal Bureau of Investigation (FBI)*

**Defendant**

**Amanda Koldjeski**
*Special Agent in Charge, FBI Denver Field Office*

**Defendant**

**Lachlan Murdoch**
*CEO, Fox Corporation*

**Defendant**

**FOX−31 (KDVR)**
*Regional News Station*

**Defendant**

**Perry Sook**
*Nexstar Media Group*

**Defendant**

**Hilton Howell**
*CEO, Gray Media Group*

**Defendant**

**Gray Media Group Inc.**
*Corporate Entity*

**Defendant**

**KNOP−2**
*Regional News Station*

**Defendant**

**Josh D'Amaro**
*CEO, The Walt Disney Company*

**Defendant**

**ABC−7 (KMGH)**
*Regional News Station*

**Defendant**

**Almin Karamehmedovic**
*President, ABC News*

**Defendant**

**ABC News National**
*Corporate Entity*

**Defendant**

**David Ellison**
*CEO, Paramount Global*

**Defendant**

**CBS−4 (KCNC)**
*Regional News Station*

**Defendant**

**CBS News National**
*Corporate Entity*

**Defendant**

**Wendy McMahon**
*CEO, CBS News and Stations*

**Defendant**

**Michael J. Cavanagh**
*CEO, NBCUniversal*

**Defendant**

**NBCU News Group National**
*Corporate Entity*

**Defendant**

**NBC−9 (KUSA)**
*Regional News Station*

**Defendant**

**Cesar Conde**
*Chairman, NBCU News Group*

**Defendant**

**Heath Freeman**
*President, Alden Global Capital*

**Defendant**

**Denver Post, The**
*Corporate Entity*

**Defendant**

**FOX News Network National**
*Corporate Entity*

**Defendant**

**Suzanne Scott**
*CEO, Fox News Network*

**Defendant**

**Americas Most Wanted**
*Production Entity*

**Defendant**

**Jackie Shubert**
*Private Citizen*

**Defendant**

**Brian Derry**

**Defendant**

**Heather Daniels**

**Defendant**

**Cynthis Murphy**

**Defendant**

**Loree Schwartz**

**Defendant**

**Bret Heidkamp**

**Defendant**

**F.C.C.**

**Defendant**

**Tia Johnson**

**Defendant**

**Executive Director Department of Human Services**

**Defendant**

**1575 Sherman Street Denver, CO 80203**

**Defendant**

**North Range Behavioral Health**

**Defendant**

**UC Health Systems**

**Defendant**

**Abigail Smith**

**Defendant**

**Brian Lanni**

**Defendant**

**DVR Exe Director**

**Defendant**

**Jason Barela**

**Defendant**

**Phil Spesshardt**

**Defendant**

**Amber Chesley**

**Defendant**

**Lukas Butler**

**Defendant**

**Tim Doran**

**Defendant**

**Ethan Doak**

**Defendant**

**Gregory Lammons**

**Defendant**

**ICAO (CDLE)**

**Defendant**

**Katherine Haywood**

**Defendant**

**CDLE Appeals Lowe**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2026 | 1 | COMPLAINT against ABC−7 (KMGH), Zach Ardis, Ingrid Bakke, Ballard Spahr LLP, Phillip Brimmer, Joshua Burke, Sherri Clark, Benjamin Collett, Nicole Collins, Josh D'Amaro, Ryan Dawson−Erdman, Ryan Day, Michael Dougherty, FOX−31 (KDVR), Gray Media Group Inc., Jon High, Hilton Howell, Stanley Jerido, Judge Fox, Judge Hawthorne, Judge Johnson, Judge Lipinsky, Judge Lum, Judge Moultrie, KNOP−2, Ashley Kissinger, Amanda Koldjeski, Bruce Langer, Kennison Lay, Ken Lee, Jason Malterud, Peter Michaud, Monica Mrquez, Lachlan Murdoch, Megan Ring, Nancy Salamone, Jeff Satur, Colleen Simpson, Rachael Sloan−Stoggsdill, Perry Sook, Andre Stancil, Christopher Wray, filed by Edward Hoid. (Attachments: # 1 Civil Cover Sheet)(alxu, ) (Entered: 08/14/2026) |
| 08/14/2026 | 2 | Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). by Plaintiff Edward Hoid. (alxu, ) (Entered: 08/14/2026) |
| 08/14/2026 | 3 | Case assigned to Magistrate Judge Richard T. Gurley for Initial Review pursuant to D.C.COLO.LCivR 8.1 (a). Text Only Entry. (alxu, ) (Entered: 08/14/2026) |
| 09/21/2026 | 4 | ORDER OF DISMISSAL: The 1 Complaint is dismissed without prejudice, and the 2 Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) is denied as moot. Entered by Judge Raymond P. Moore on 9/21/2026.<br><br>For all non−e−filer *pro se* parties, a copy of this document has been sent via U.S. Mail to the mailing address of record.<br><br>(cpear) (Entered: 09/21/2026) |
| 09/21/2026 | 5 | FINAL JUDGMENT pursuant to 4 Order of Dismissal. Entered by the Clerk of the Court on 9/21/2026.<br><br>For all non−e−filer *pro se* parties, a copy of this document has been sent via U.S. Mail to the mailing address of record.<br><br>(cpear) (Entered: 09/21/2026) |
| 09/28/2026 | 6 | |

| | | |
|---|---|---|
| | | NOTICE OF APPEAL From Final Judgment as to 4 Order 5 Judgment by Plaintiff Edward Hoid. (agryan) (Entered: 09/28/2026) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Raymond P. Moore**

Civil Action No. 26-cv-03724-RM

EDWARD HOID,

Plaintiff,

v.

JASON MALTERUD, Detective, Longmont Police Department,
JEFF SATUR, Deputy Chief, Longmont Police Department,
JOSHUA BURKE, Detective, Longmont Police Department,
RACHEL SLOAN-STOGGSDILL, Records Manager, Longmont Police Department,
ZACH ARDIS, Public Information Officer, Longmont Police Department,
JON HIGH, Detective, Longmont Police Department,
STANLEY JERRIDO, Parole Officer, Colorado Department of Corrections (CDOC),
ANDRE STANCIL, Executive Director, Colorado Department of Corrections (CDOC),
RYAN DAY, Deputy District Attorney, 20th Judicial District,
MICHAEL DOUGHERTY, District Attorney, 20th Judicial District,
NANCY SALAMONE, Magistrate/Judge, 20th Judicial District,
INGRID BAKKE, Chief Judge, 20th Judicial District,
BRUCE LANGER, Judge, 20th Judicial District,
PHILLIP BRIMMER, Judge, U.S. District Court,
NICOLE COLLINS, Public Defender, Colorado State Public Defender,
MEGAN RING, State Public Defender, Colorado State Public Defender,
BENJAMIN COLLETT, Public Defender, Colorado State Public Defender,
RYAN DAWSON-ERDMAN, Public Defender, Colorado State Public Defender,
JUDGE HAWTHORNE, Judge, Colorado Court of Appeals,
MONICA MARQUEZ, Chief Justice, Colorado Supreme Court,
JUDGE FOX, Judge, Colorado Court of Appeals,
JUDGE LUM, Judge, Colorado Court of Appeals,
JUDGE JOHNSON, Judge, Colorado Court of Appeals,
JUDGE LIPINSKY, Judge, Colorado Court of Appeals,
JUDGE MOULTRIE, Judge, Colorado Court of Appeals,
ASHLEY KISSINGER, Partner, Ballard Spahr LLP,
KENNISON LAY, Attorney, Ballard Spahr LLP,
SHERRI CLARK, Paralegal, Ballard Spahr LLP,
PETER MICHAUD, Chair, Ballard Spahr LLP,
BALLARD SPAHR LLP, Law Firm Entity,
KEN LEE, Administrator, Front Range Community College (FRCC),
COLLEEN SIMPSON, President, Front Range Community College (FRCC),
CHRISTOPHER WRAY, Director, Federal Bureau of Investigation (FBI),
AMANDA KOLDJESKI, Special Agent in Charge, FBI Denver Field Office,

LACHLAN MURDOCH, CEO, Fox Corporation,
FOX-31 (KDVR), Regional News Station,
PERRY SOOK, CEO, Nexstar Media Group,
HILTON HOWELL, CEO, Gray Media Group,
GRAY MEDIA GROUP INC., Corporate Entity,
KNOP-2, Regional News Station,
JOSH D'AMARO, CEO, The Walt Disney Company,
ABC-7 (KMGH), Regional News Station,
ALMIN KARAMEHMEDOVIC, President, ABC News,
ABC NEWS NATIONAL, Corporate Entity,
DAVID ELLISON, CEO, Paramount Global,
CBS-4 (KCNC), Regional News Station,
CBS NEWS NATIONAL, Corporate Entity,
WENDY MCMAHON, CEO, CBS News and Stations,
MICHAEL J. CAVANAGH, CEO, NBCUniversal,
NBCU NEWS GROUP NATIONAL, Corporate Entity,
NBC-9 (KUSA), Regional News Station,
CESAR CONDE, Chairman, NBCU News Group,
HEATH FREEMAN, President, Alden Global Capital,
THE DENVER POST, Corporate Entity,
FOX NEWS NETWORK NATIONAL, Corporate Entity,
SUZANNE SCOTT, CEO, Fox News Network,
AMERICAS MOST WANTED, Production Entity,
JACKIE SHUBERT, Private Citizen,
BRIAN DERRY, Private Citizen,
HEATHER DANIELS,
CYNTHIS MURPHY,
LOREE SCHWARTZ,
BRET HEIDKAMP,
F.C.C.,
TIA JOHNSON,
EXECUTIVE DIRECTOR, Department of Human Services,
NORTH RANGE BEHAVIORAL HEALTH,
UC HEALTH SYSTEMS,
ABIGAIL SMITH,
BRIAN LANNI,
DVR EXE DIRECTOR,
JASON BARELA, Dir CDLE,
PHIL SPESSHARDT, Dir CDLE,
AMBER CHESLEY, VR,
LUKAS BUTLER,
TIM DORAN,
ETHAN DOAK,
GREGORY LAMMONS,
ICAO (CDLE),
KATHERINE HAYWOOD, and

CDLE APPEALS LOWE,

Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff has submitted to the Court for filing *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2). With the exception of the date the Complaint was signed, the Complaint (ECF No. 1) is identical to the operative pleading in a prior action filed by Plaintiff that was dismissed just three days before this action was filed. *See Hoid v. Malterud*, No. 26-cv-01358-RBJ-RTG (D. Colo. Aug. 11, 2026). Case number 26-cv-01358-RBJ-RTG was dismissed without prejudice because the operative pleading did not comply with pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Judge R. Brooke Jackson described Plaintiff's operative pleading in case number 26-cv-01358-RBJ-RTG as "essentially a hodgepodge of mostly conclusory accusations against a variety of public officials and private individuals," and he "found it all but impossible to figure what [Plaintiff's] beef is with the many defendants he lists – the basic who, what, when, where, and how that make up a plausible claim." (*See* ECF No. 43 at p.7 in 26-cv-01358-RBJ-RTG.)

Although case number 26-cv-01358-RBJ-RTG was dismissed without prejudice, the Complaint (ECF No. 1) in this action suffers from the same defects and will be dismissed for the same reasons. Furthermore, Plaintiff's refiling of a patently deficient pleading is abusive and an abuse of judicial resources. Plaintiff is warned that "the right of access to the courts is neither absolute nor unconditional and there is no constitutional right of access to the courts to prosecute an action that is frivolous or malicious." *Tripati v. Beaman*, 878 F.2d 351, 353 (10th Cir. 1989)

(per curiam) (citation omitted). Furthermore, the goal of fairly dispensing justice is compromised when the Court must devote limited resources to processing frivolous and abusive requests. *See In re Sindram*, 498 U.S. 177, 179-80 (1991) (per curiam). Thus, the Court has the power to enjoin litigants who abuse the judicial system. *See Tripati*, 878 F.2d at 352; *see also Andrews v. Heaton*, 483 F.3d 1070, 1077 (10th Cir. 2007) ("Federal courts have the inherent power to regulate the activities of abusive litigants by imposing carefully tailored restrictions in appropriate circumstances.").

Accordingly, it is

ORDERED that that Complaint (ECF No. 1) is dismissed without prejudice for failure to comply with the pleading requirements of the Federal Rules of Civil Procedure. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is denied as moot.

DATED this 21st day of September, 2026.

BY THE COURT:

RAYMOND P. MOORE
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03724-RM

EDWARD HOID,

Plaintiff,

v.

JASON MALTERUD, Detective, Longmont Police Department,
JEFF SATUR, Deputy Chief, Longmont Police Department,
JOSHUA BURKE, Detective, Longmont Police Department,
RACHEL SLOAN-STOGGSDILL, Records Manager, Longmont Police Department,
ZACH ARDIS, Public Information Officer, Longmont Police Department,
JON HIGH, Detective, Longmont Police Department,
STANLEY JERRIDO, Parole Officer, Colorado Department of Corrections (CDOC),
ANDRE STANCIL, Executive Director, Colorado Department of Corrections (CDOC),
RYAN DAY, Deputy District Attorney, 20th Judicial District,
MICHAEL DOUGHERTY, District Attorney, 20th Judicial District,
NANCY SALAMONE, Magistrate/Judge, 20th Judicial District,
INGRID BAKKE, Chief Judge, 20th Judicial District,
BRUCE LANGER, Judge, 20th Judicial District,
PHILLIP BRIMMER, Judge, U.S. District Court,
NICOLE COLLINS, Public Defender, Colorado State Public Defender,
MEGAN RING, State Public Defender, Colorado State Public Defender,
BENJAMIN COLLETT, Public Defender, Colorado State Public Defender,
RYAN DAWSON-ERDMAN, Public Defender, Colorado State Public Defender,
JUDGE HAWTHORNE, Judge, Colorado Court of Appeals,
MONICA MARQUEZ, Chief Justice, Colorado Supreme Court,
JUDGE FOX, Judge, Colorado Court of Appeals,
JUDGE LUM, Judge, Colorado Court of Appeals,
JUDGE JOHNSON, Judge, Colorado Court of Appeals,
JUDGE LIPINSKY, Judge, Colorado Court of Appeals,
JUDGE MOULTRIE, Judge, Colorado Court of Appeals,
ASHLEY KISSINGER, Partner, Ballard Spahr LLP,
KENNISON LAY, Attorney, Ballard Spahr LLP,
SHERRI CLARK, Paralegal, Ballard Spahr LLP,
PETER MICHAUD, Chair, Ballard Spahr LLP,
BALLARD SPAHR LLP, Law Firm Entity,
KEN LEE, Administrator, Front Range Community College (FRCC),
COLLEEN SIMPSON, President, Front Range Community College (FRCC),
CHRISTOPHER WRAY, Director, Federal Bureau of Investigation (FBI),
AMANDA KOLDJESKI, Special Agent in Charge, FBI Denver Field Office,

LACHLAN MURDOCH, CEO, Fox Corporation,
FOX-31 (KDVR), Regional News Station,
PERRY SOOK, CEO, Nexstar Media Group,
HILTON HOWELL, CEO, Gray Media Group,
GRAY MEDIA GROUP INC., Corporate Entity,
KNOP-2, Regional News Station,
JOSH D'AMARO, CEO, The Walt Disney Company,
ABC-7 (KMGH), Regional News Station,
ALMIN KARAMEHMEDOVIC, President, ABC News,
ABC NEWS NATIONAL, Corporate Entity,
DAVID ELLISON, CEO, Paramount Global,
CBS-4 (KCNC), Regional News Station,
CBS NEWS NATIONAL, Corporate Entity,
WENDY MCMAHON, CEO, CBS News and Stations,
MICHAEL J. CAVANAGH, CEO, NBCUniversal,
NBCU NEWS GROUP NATIONAL, Corporate Entity,
NBC-9 (KUSA), Regional News Station,
CESAR CONDE, Chairman, NBCU News Group,
HEATH FREEMAN, President, Alden Global Capital,
THE DENVER POST, Corporate Entity,
FOX NEWS NETWORK NATIONAL, Corporate Entity,
SUZANNE SCOTT, CEO, Fox News Network,
AMERICAS MOST WANTED, Production Entity,
JACKIE SHUBERT, Private Citizen,
BRIAN DERRY, Private Citizen,
HEATHER DANIELS,
CYNTHIS MURPHY,
LOREE SCHWARTZ,
BRET HEIDKAMP,
F.C.C.,
TIA JOHNSON,
EXECUTIVE DIRECTOR, Department of Human Services,
NORTH RANGE BEHAVIORAL HEALTH,
UC HEALTH SYSTEMS,
ABIGAIL SMITH,
BRIAN LANNI,
DVR EXE DIRECTOR,
JASON BARELA, Dir CDLE,
PHIL SPESSHARDT, Dir CDLE,
AMBER CHESLEY, VR,
LUKAS BUTLER,
TIM DORAN,
ETHAN DOAK,
GREGORY LAMMONS,
ICAO (CDLE),
KATHERINE HAYWOOD, and

CDLE APPEALS LOWE,

Defendants.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Raymond P. Moore, Senior District Judge, on September 21, 2026, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 21st day of September, 2026.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/C. Pearson
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03724-RTG

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
***8:51 am, Sep 28, 2026***
**JEFFREY P. COLWELL, CLERK**

Edward Hoid,

Plaintiff(s),

v.

Jason Malterud, et al,

Defendant(s).

---

**NOTICE OF APPEAL FROM FINAL JUDGMENT**

---

Edward Hoid appeal(s) to the United States Court of Appeals for the Tenth Circuit from The United States District Court, District of Colorado,

the final judgment entered on SEP 21st 2026.

Dated SEP 27th 2026.

*Edward H. Hoid*
Signature
Edward H. Hoid
Printed Name

1030 31st Avenue
Unit H
Greeley, CO 80634
Street Address

Phone Number (970)692-6916
E-mail edward.h.hoid@gmail.com

*Rev. 12/2021*